

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00765-CV

**IN THE INTEREST OF T.W.E.**, a Child

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2016-3305-DC
Honorable Cathy Morris, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED February 8, 2017.

_____
Rebeca C. Martinez, Justice